ORIGINAL

CAROL C. LAM
United States Attorney
CHRISTOPHER A. OTT
Assistant U.S. Attorney
California State Bar No. 235659
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6563

Attorneys for Plaintiff
United States of America

FILED
2006 SEP 12 AM 8:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOSEPH MASON, <br><br> Defendant. | Criminal Case No. 06CR0785-H <br><br> STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER THEREON |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, that the Sentencing Hearing set for September 18, 2006, at 9:00 a.m., in the above-mentioned case, be continued to November 13, 2006, 2006, at 9:00 a.m. Defendant Michael Joseph Mason is currently in custody. This is the parties' second continuation request.

SO STIPULATED.

Dated: 9/7/06

DOUGLAS C. BROWN
Attorney for Michael Joseph Mason

Dated: 9/7/06

CHRISTOPHER A. OTT
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 9/11/06

HON. MARILYN L. HUFF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA