1  CIRO HERNANDEZ, ESQ., SB# 174791
   Law Office of Ciro Hernandez
2  551 Third Avenue
   Chula Vista, Ca 91910
3  Telephone:   (619) 266-0389

4  Attorney for Material Witness

FILED
2006 OCT 16  AM 9:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

5             UNITED STATES DISTRICT COURT

6             SOUTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,        )  Criminal No: **06cr0785H**
                                    )
9           Plaintiff,               )  EX PARTE APPLICATION
                                    )  TO EXONERATE BOND
10 v.                                )  ORDER;
                                    )
11 **MICHAEL JOSEPH MASON**,         )
                                    )
12          Defendant                )
                                    )
13 _____)

14       Ciro Hernandez, Attorney for material witness, **YUNIBA GUADALUPE HERNANDEZ-**

15 **RIVERA**, in the above matter, hereby request the Court exonerate the material witness bond.  **On**

16 **August 18, 2006**, the Immigration and Naturalization Services accepted jurisdiction over the material

17 witness. Therefore it is requested that the Court exonerate the material witness bond for **YUNIBA**

18 **GUADALUPE HERNANDEZ-RIVERA**,

19  9/12/06
20  _____                     _____
    Date                                     CIRO HERNANDEZ
21                                           Attorney for Material Witness

22

23

24

25

26

27

28                          06cr0785H

1 **ORDER**

On application of Ciro Hernandez, Attorney for material witness, **YUNIBA GUADALUPE HERNANDEZ-RIVERA** hereby ordered that the cash bond deposited on behalf of material witness **YUNIBA GUADALUPE HERNANDEZ-RIVERA**, be exonerated. It is further ordered that the clerk release the amount of **$500** being held in the Registry of the Court in the above-entitled case to the surety, **Dora Alicia Paz, 660 Hendricks Ave, Los Angeles, CA 90022**

IT IS SO ORDERED:

DATED: 10/13/06

R

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE COURT JUDGE
UNITED STATES DISTRICT COURT JUDGE