1  CIRO HERNANDEZ, ESQ., SB# 174791
   Law Office of Ciro Hernandez
2  551 Third Avenue
   Chula Vista, Ca 91910
3  Telephone:    (619) 266-0389

4  Attorney for Material Witness

FILED

2006 OCT 16 AM 9:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

5           UNITED STATES DISTRICT COURT

6           SOUTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,           )    Criminal No:  06CR0785H
                                       )
9          Plaintiff,                  )    EX PARTE APPLICATION
                                       )    TO EXONERATE BOND
10 v.                                  )    ORDER;
                                       )
11 MICHAEL JOSEPH MASON,               )
                                       )
12         Defendant                   )
                                       )
13 _____)

14 Ciro Hernandez, Attorney for material witness, **SOCORRO JARAMILLO-PLASCENCIA**, in the

15 above matter, hereby request the Court exonerate the material witness bond. **On August 18, 2006**, the

16 Immigration and Naturalization Services accepted jurisdiction over the material witness. Therefore it is

17 requested that the Court exonerate the material witness bond for SOCORRO JARAMILLO-

18 PLASCENCIA.

19
   9/19/06
20 _____                             _____
   Date                                         CIRO HERNANDEZ
21                                              Attorney for Material Witness

22

23

24

25

26

27

28                              06cr0785H

## ORDER

On application of Ciro Hernandez, Attorney for material witness, **SOCORRO JARAMILLO-PLASCENCIA** hereby ordered that the cash bond deposited on behalf of material witness **SOCORRO JARAMILLO-PLASCENCIA**, be exonerated. It is further ordered that the clerk release the amount of **$500** being held in the Registry of the Court in the above-entitled case to the surety, **JOSE VALENCIA, 1749 Second Ave. Salinas, CA 93905.**

IT IS SO ORDERED:

DATED: 10/13/06

R

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE COURT JUDGE
UNITED STATES DISTRICT COURT JUDGE

06cr0785H